```
                              United States Bankruptcy Court
                                    District of Oregon
In re:                                                                 Case No. 16-30122-tmb
TriStar Wellness Solutions, Inc.                                       Chapter 7
        Debtor            CERTIFICATE OF NOTICE
District/off: 0979-3           User: Admin.                 Page 1 of 2                  Date Rcvd: Jan 15, 2016
                               Form ID: 309C                Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2016.
db             TriStar Wellness Solutions, Inc.,    720 SW Washington St., Ste 200,     Portland, OR 97205-3504
smg           +Dept of Justice,    Division of Child Support,    Attn: Bankruptcy Unit,    POB 14670,
               Salem, OR 97309-5013
smg           +US Attorney General,    Department of Justice,    10th & Constitution NW,
               Washington, DC 20530-0001
101142541      Accelerand LLC,    PO Box 475,   Quakertown, NJ 08868-0475
101142542     +Alexander Peek,    1440 208th Dr,   Seward, NE 68434-8109
101142543     +Andrew Egenes,    Intelero Corp,   996 Huff Road NW, Suite D,    Atlanta, GA 30318-4333
101142544     +Asian Nexus LLC,    6458 Holliday Dr East,    Indianapolis, IN 46260-4220
101142545      Broadview Networks,    PO Box 9242,    Uniondale, NY 11555-9242
101142549     +CVS Pharmacy,    PO Box 3560,    Woonsocket, RI 02895-0060
101142546      Capossela, Cohen, LLC,    368 Center St,    Southpost, CN 06890-1462
101142547    #+Chord Advisors,    One Grand Central Pl,    60 East 42nd St,    Ste 2319,
               New York, NY 10165-6209
101142548     +ClearTrust LLC,    16540 Point Village Dr,    Ste 210,    Lutz, FL 33558-5257
101142550     +DayStar Funding,    5834 Bridlewood Dr,    Richmond, TX 77469-7315
101142551     +Discount EDGAR,    125 Wolf Rd,    Ste 315,   Albany, NY 12205-1221
101142552     +Doty Scott Enterprises, Inc,    12707 High Bluff Dr,    Ste 200,    San Diego, CA 92130-2037
101142553     +F.A. Voight,    Attn: Frederick A Voight,    5834 Bridlewood Dr,    Richmond, TX 77469-7315
101142554     +F.A. Voight & Associates, LP,    Attn: Frederick A. Voight,    5834 Bridlewood Dr,
               Richmond, TX 77469-7315
101142555      First Insurance Funding,    PO Box 7000,    Carol Stream, IL 60197-7000
101142556     +Grace Christian Ministries, Inc.,    Attn: Ayo Ajim,    15401 Bellaire Blvd,
               Houston, TX 77083-3014
101142557      HemCon Medical Technologies, Inc.,    720 SW Washington St., Ste 200,    Portland, OR 97205-3504
101142558      Hogan Lovells US LLP,    Columbia Square,    555 Thirteenth St NW,    Washington, DC 20004-1109
101142560     +James Barickman,    10 Saugatuck Ave,    Westport, CT 06880-5720
101142561     +James S. Linderman,    307 Springhouse Ln,   Hockessin, DE 19707-9691
101142562     +Jared Peek,    1440 208th Dr,   Seward, NE 68434-8109
101142564     +Jonathon B Orleans,    Marcy Tench Stovall,    Pullman & Comley, LLC,   850 Main St,
               Bridgeport, CT 06604-4988
101142565     +Judy Wadhams,    815 North 95th St,   Lincoln, NE 68505-3120
101142567     +KKM,    117 Century Dr,   Woonsocket, RI 02895-6186
101142566     +Kim Guenther,    518 Woodbird Pl,   Paris, TN 38242-7765
101142569     +Lake Forest Bank & Trust Company,    727 North Bank Lane,    Lake Forest, IL 60045-1898
101142570     +Larry Alloway,    3814-B South Genoa Circle,    Aurora, CO 80013-5545
101142571     +Law Office of Charles J. Ingber,    4653 Carmel Mountain Rd,    Ste 308-217,
               San Diego, CA 92130-6650
101142572     +Law Offices of Craig V. Butler,    300 Spectrum Center Dr,    #300,    Irvine, CA 92618-4987
101142573     +Lawrence K. Ingber,    PO Box 630,   Palm Beach, FL 33480-0630
101142574     +Levett Rockwood P.C.,    33 Riverside Ave,    Westport, CT 06880-4237
101142575     +M&K CPAs, PLLC,    4100 N Sam Houston Pky W,    Ste 200B,    Houston, TX 77086-1466
101142576      Mandlik & Rhodes,    PO Box 249,   Barrington, IL 60011-0249
101142577     +Maria Nazzaro,    31 Woodridge Dr South,    Stamford, CT 06902-8301
101142578     +Market Performance Group, LLC,    PO Box 1007,   Princeton Junction, NJ 08550-6007
101142579      Miller Nash, Graham & Dunn,    PO Box 3585,    Portland, OR 97208-3585
101142580     +Nevada Agency and Transfer Company,    50 W Liberty St Ste 880,    Reno, NV 89501-1977
101142581     +New Horizon, Inc,    Attn: M. Scott Stevens,    8270 S 33rd #307,    Lincoln, NE 68516-5063
101142583     +Paul Taylor,    14743 Himebaugh Plaza,    Omaha, NE 68116-4333
101142574     +Richard L Abbott, Esq.,    724 Yorklyn,    Ste 240,    Hockessin, DE 19707-8732
101142585     +Rivercoach Partners, LP,    5834 Bridlewood Dr,    Richmond, TX 77469-7315
101142586      SPS Commerce, Inc,    PO Box 205782,    Dallas, TX 75320-5782
101142588     +Sussex Associates, LP,    24200 Southwest Freeway, Suite 402-285,    Rosenberg, TX 77471-5984
101142589     +Tafinger Irrevocable Investment Trust,    Attn: Mark D. Wilson & James Nestor,
               130 Industrial Blvd,    Ste 110,    Sugar Land, TX 77478-3276
101142590     +Threejay Irrevocable Investment Trust,    Attn: Seth Nichamoff & James Nestor,
               130 Industrial Blvd,    Ste 110,    Sugar Land, TX 77478-3276
101142591     +Topside,    24200 SW Freeway, #402-286,    Rosenberg, TX 77471-5984
101142593      Unishippers,    PO Box 43,   Bennington, VT 05201-0043
101142595      WH Consult,    Inhaber Wolfgang Henkel,   Hohwiesenweg 35,    75203 Konigsback-Stein,    Germany
101142594     +Walgreens,    Credit and Collections Department,    16845 Collections Center Dr,
               Chicago, IL 60693-0168
101142596     +Womens Health Foundation,    632 Deming Pl,    Chicago, IL 60614-2618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: tsummers@balljanik.com Jan 16 2016 00:29:21     BRAD T SUMMERS,
               101 SW Main #1100,    Portland, OR 97204
tr            +EDI: QSARNOT.COM Jan 15 2016 21:23:00      Stephen P Arnot,    POB 1963,
               Lake Oswego, OR 97035-0622
smg            EDI: ORREV.COM Jan 15 2016 21:23:00      ODR Bkcy,    955 Center NE #353,    Salem, OR 97301-2555
smg           +E-mail/Text: usaor.bankruptcy@usdoj.gov Jan 16 2016 00:30:21      US Attorney,    US Attorney,
               1000 SW 3rd Ave #600,    Portland, OR 97204-2936
ust           +E-mail/Text: ustpregion18.pl.ecf@usdoj.gov Jan 16 2016 00:29:44      US Trustee, Portland,
               620 SW Main St #213,    Portland, OR 97205-3026
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
101142559        EDI: IRS.COM Jan 15 2016 21:23:00      Internal Revenue Service,    IRS,    PO Box 7346,
                  Philadelphia, PA 19101-7346
101142563       +E-mail/Text: jlinderman@northstarpartnersinc.com Jan 16 2016 00:29:44     John Linderman,
                  10 Saugatuck Ave,    Westport, CT 06880-5720
101142568       +E-mail/Text: accounting@klarquist.com Jan 16 2016 00:29:24     Klarquist Sparkman, LLP,
                  121 SW Salmon St,    Portland, OR 97204-2988
101142582        EDI: ORREV.COM Jan 15 2016 21:23:00      Oregon Dept of Revenue,    ODR Bkcy,
                  955 Center NE #353,    Salem, OR 97301-2555
101142587        EDI: CALTAX.COM Jan 15 2016 21:23:00      State of California,    Franchise Tax Board,
                  Bankruptcy Section MS: A-340,    POB 2952,    Sacramento, CA 95812-2952
                                                                                             TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
101142592         Trilane Ltd,    Trust Company Complex,    Ajeltake Rd,    Marshal Island, GQ
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2016 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```

| | **Information to identify the case:** | | |
|---|---|---|---|
| Debtor | **TriStar Wellness Solutions, Inc.** <br> Name | EIN | **30–0781427** |
| United States Bankruptcy Court **District of Oregon** <br> Case number: **16–30122–tmb7** | | Date case filed for chapter **7 1/15/16** | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | **Debtor's full name** | TriStar Wellness Solutions, Inc. | |
|---|---|---|---|
| 2. | **All other names used in the last 8 years** | fka zKid Network Company, fka Quadric Acquisition Corporation, fka Eatware Corporation, fka Biopack Environmental Solutions, Inc., fka Star Metro Corp. | |
| 3. | **Address** | 720 SW Washington St., Ste 200 <br> Portland, OR 97205–3504 | |
| 4. | **Debtor's attorney** <br> Name and address | BRAD T SUMMERS <br> 101 SW Main #1100 <br> Portland, OR 97204 | Contact phone (503) 228–2525 |
| 5. | **Bankruptcy trustee** <br> Name and address | Stephen P Arnot <br> POB 1963 <br> Lake Oswego, OR 97035 | Contact phone 503–227–5093 |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1001 SW 5th Ave #700 <br> Portland, OR 97204 | Office Hours 9:00 a.m. – 4:30 p.m. <br><br> Contact phone 503–326–1500 <br><br> Date: 1/15/16 |
| 7. | **Meeting of creditors** <br> The debtor's representative, as specified in Bankruptcy Rule 9001(5), must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **February 22, 2016 at 11:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Photo ID is required. Debtors must also provide proof of reported social security numbers (for example, social security card; medical insurance card; pay stub; W–2 form; IRS form 1099; or Social Security Admin.report). | Location: <br><br> **US Trustee's Office, 620 SW Main St Rm 223, Portland, OR 97205** |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 2 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**

| 10. | **Notice of Proposed Dismissal of Case** | This case may be dismissed without further prior notice if the debtor fails to complete the meeting of creditors set above, timely file any documents, or make fee payments as ordered by the Court, unless within 21 days of the date in line 6 a party in interest files a written objection to dismissal, setting forth specific grounds, and sends copies to the debtor's attorney and trustee.<br><br>**Important:** Unless you receive an Order of Dismissal from this Court, this case is active and the automatic stay is in effect. |
|---|---|---|
| 11. | **Trustee Appointment** | The trustee named above is hereby appointed as interim trustee in this case. The trustee's bond shall be the blanket bond previously approved and filed with the U.S. Bankruptcy Court Clerk. UNITED STATES TRUSTEE |
| 12. | **Court Information and Legal Advice** | Court information is available at www.orb.uscourts.gov. For account numbers, etc. contact the debtor's attorney. Contact your own attorney with other questions and to protect your rights. The clerk's office staff is forbidden by law from giving legal advice. |

Official Form C (For Corporations or Partnerships)  **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **2**

Case 16-30122-tmb7    Doc 6    Filed 01/17/16